UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COUNTRY CURTAINS MAIL ORDER INC., <br>                Plaintiff <br><br> v. <br><br> MARK WHITE, d/b/a <br> Western Bedding Timberline Group, <br>                Defendant | Civil Action No. 05-30166-KPN |

ORDER OF DISMISSAL
November 25, 2005

NEIMAN, U.S.M.J.

The complaint in the above-entitled action was filed on July 14, 2005. As of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that, pursuant to Local Rule 4.1(b), the above-entitled action is dismissed without prejudice for failure to timely file proof of service.

By the Court,

/s/ Bethaney A. Healy
Deputy Clerk